Middle District

FILED
2022 NOV -8 PM 1:03
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Sheba Davis

V

Florida Department of Corrections

Lt case # 4:22-cv-0G086
MW-M-AF
4:22 cv  4:22cv 6
MW/MAF

10-21-2022

Reserve Rights to Representation

# Writ of Mendamus
## Motion to Amend

For good cause plaintiff Sheba Davis appear before the court to compel both lower courts (North District Court and the second circuit Court in Leon to vacate all orders by ~~Attorney~~ Maria Mattox and Attorney Thompson Thomas. The case number her two plaintiffs. The case number of plaintiff title was modified and edited see #10 on Document text. Attorney Marie Mattox

Services were terminated in June/July 2021 and therefore have no rights to file these pleadings in any court. Plaintiff request to amend pleading due to hardship plaintiff do not have tool to file in correct format at this time.

I certify that a copy or ~~prior~~ picture of this will be furnished to both parties on or before the 28th of October ~~Plain~~

Attorney Thompson Thomas
501 S. Calhoun Street
Tallahassee, Fl 32399

Attorney Marie Mattox
203 N Gadsden St.
Tallahassee Fl 32301

*Shube Davis* (signature)
Shube Davis
196 SW Caith
Fort White Fl
32038

Florida Middle District Court

Edited title case # Court Case # 2021 CA 001818

10/20/2022

Motion of consideration on displayed case/ Motion to Amend and find representation

Plaintiff /Client object to all activities under Attorney Marie Mattox on charges against

The Florida department of Correction and unlisted names of those working behind the scene.

Come Now Sheba Davis( Pro se ) the Plaintiff the plaintiff hired Attorney Marie Mattox on these charges against the Florida Department of Correction but Attorney Marie Mattox refused to cease action/ activities and failed to disclosed the attorney intent to the client. The client has search for the case number to no avail and the client has no access to any sealed or internal pleading at all. Based on late discoveries this case number 2021-CA-001818 appears to be given to the client/ plaintiff charges on a worldwide google site called s justia and a uni court of various action/ activities of motions and hearing is displayed/ taken on the allege case that Attorney Marie Mattox allege that she filed for the client prior to the Attorney Marie Mattox services being terminated, the allege case number title was edited by the defendant Florida Department of Corrections orders from the Honorable Judge Mark E Walker from the Second Circuit Court in Leon County and in the Florida Northern District Court the honorable martin A Fitzpatrick is displayed as the honorable Judge . 42 U.S.C. 2000 e job discrimination (employment) Note; the client terminated the services of the Attorney Marie Mattox in June / July 2021 so the Attorney Marie Mattox since date of the verbal and written notification was expressed to cease all actions of Service. So the client voice have been suppressed since the Attorney Marie Mattox and Attorney Maire Mattox received the Notices of rights to sue on the client behalf unfortunately for the client regardless of many request for the attorney Mattox to give the notices to the client the client was ignore and activities were proceeded on these pleadings without the client/ plaintiff up to date. The Attorney has made it very difficult and impossible for the client plaintiff to locate find any of the Attorney Marie Mattox actions/ intent taken on the pleading which is unfair to the client in the worst crucial manner ever. The Attorney has allowed the client to be awaiting to be heard before the EEOC and FCHR and PERC. The Client is of a certain class believe that the attorney in the worst way have taken advantage of the client class before the client and court and the defendant and has displayed it to the world in the face of the client and also tied up accessibility of the case from the client as this

## Florida Middle District Court

case is displayed to be internal. Also the case title was modified by the defendant on 1/10/2022 Note: the Client does not have a attorney and the Attorney has taken matter in her own have before all court and judges and the EEOC and the FCHR and during the time the Client had appeal decision before the PERC. I ask right to defend my charges before the EEOC and the FCH. The Client asked for the filing fee back in which the Attorney Marie Mattox refused , in addtiton the attorney Marie Mattox was told not to file these pleadings period. The case number given to these pleading have now 2 Plaintiff with the same case number which is false. Marie Mattox and attorney Marie Mattox firm has misled the client about the case and the world and the information is false on these pleading in the courts due to late discoveries client do not know whom all is involved but the client asks right to the charges pro se until another counsel of representation can be present before the court on these charges against the Floris department of Corrections. Unethical practices and ineffective counsel and misleading the plaintiff before the world and the client does not have a voice and the supporting information that the attorney have not provided to the EEOC nor the FCHR on the client's behalf. The

                                                                             Jury Trial

      Relief sought an injunction that all activities in any court on all three displayed case number to this case be vacated and allow the client petitioner/ complainer rights to charges against the Florida department of corrections the attorney Marie Mattox has deprived the client of up to date. 100,000 for the Attorney Marie Mattox and Marie Mattox firm 100,000. The plaintiff believe that other clients have been taken advantage of by Attorney Marie Mattox the client ask right to a class action and civil action. Also injunction against the Florida Department of Corrections attorney 100,000 and the attorney firm of 100,000 or Max that can be awarded, Motion to amend these pleadings. Marie Mattox has appear before court in deception and unethical practices in effective counsel, conflict of interest.object to any and pleadings being filed in both the Northern District Court and the second circuit court county of leon. See exhibit A and B

I certify that a copy of this will go to Marie Mattox and the attorney firm 203 N Godsden ST. Tallahasse Florida, 32301 Attorney Thompson Thomas 501 S Calhoun Street Tallahasse, florida 32399

# Florida Middle District Court

Exhibit A

**Marie Mattox** <marie@mattoxlaw.com>
To:sheba davis
Thu, Nov 25, 2021 at 4:50 PM
Sheba. I will never mislead or lie to you. Can you call me tomorrow afternoon around 1 or 2 and I'll explain where we are in your case. I'll gladly do that.

Sent from my iPhone
Hide original message


On Nov 25, 2021, at 1:43 PM, sheba davis <davis.sheba@yahoo.com> wrote:

Why does it say civil/ family law, what does family law have to do with my employer letting me go. Makes no since .
Sent from Yahoo Mail for iPhone

Sent from Yahoo Mail on Android

On Thu, Nov 25, 2021 at 10:56 AM, Marie Mattox
<marie@mattoxlaw.com> wrote:
Sheba. I don't know what you are talking about. We have filed your lawsuit and are prepared to actively represent you. I don't have any idea what you are talking about with a conflict of interest as I have none. I'll gladly talk to you as I have in the past and have given you my cell number to call if you want to talk. If I had a conflict of interest I would be the first person to let you know. Your lawsuit has already been filed and if there is a correction needed I'll make it.

Sent from my iPhone


On Nov 25, 2021, at 9:57 AM, sheba davis <davis.sheba@yahoo.com> wrote:

   Can you send me back my filing fee being that you have no intentions on pursuing  providing defense duties  of representation on my behalf or filing these pleadings in any  federal or state court.

Florida Middle District Court

Exhibit A

**Marie Mattox** <marie@mattoxlaw.com>
To:sheba davis
Thu, Nov 25, 2021 at 4:50 PM
Sheba. I will never mislead or lie to you. Can you call me tomorrow afternoon around 1 or 2 and I'll explain where we are in your case. I'll gladly do that.

Sent from my iPhone
Hide original message

On Nov 25, 2021, at 1:43 PM, sheba davis <davis.sheba@yahoo.com> wrote:

Why does it say civil/ family law, what does family law have to do with my employer letting me go. Makes no since .
Sent from Yahoo Mail for iPhone

Sent from Yahoo Mail on Android

On Thu, Nov 25, 2021 at 10:56 AM, Marie Mattox
<marie@mattoxlaw.com> wrote:
Sheba. I don't know what you are talking about. We have filed your lawsuit and are prepared to actively represent you. I don't have any idea what you are talking about with a conflict of interest as I have none. I'll gladly talk to you as I have in the past and have given you my cell number to call if you want to talk. If I had a conflict of interest I would be the first person to let you know. Your lawsuit has already been filed and if there is a correction needed I'll make it.

Sent from my iPhone

On Nov 25, 2021, at 9:57 AM, sheba davis <davis.sheba@yahoo.com> wrote:

   Can you send me back my filing fee being that you have no intentions on pursuing  providing defense duties  of representation on my behalf or filing these pleadings in any  federal or state court.

Florida Middle District Court

Edited title case # Court Case # 2021 CA 001818

10/20/2022

---

    Motion of consideration on displayed case/ Motion to Amend and find representation

    Plaintiff /Client object to all activities under Attorney Marie Mattox on charges against

    The Florida department of Correction and unlisted names of those working behind the scene.

---

Come Now Sheba Davis( Pro se ) the Plaintiff the plaintiff hired Attorney Marie Mattox on these charges against the Florida Department of Correction but Attorney Marie Mattox refused to cease action/ activities and failed to disclosed the attorney intent to the client. The client has search for the case number to no avail and the client has no access to any sealed or internal pleading at all. Based on late discoveries this case number 2021-CA-001818 appears to be given to the client/ plaintiff charges on a worldwide google site called s justia and a uni court of various action/ activities of motions and hearing is displayed/ taken on the allege case that Attorney Marie Mattox allege that she filed for the client prior to the Attorney Marie Mattox services being terminated, the allege case number title was edited by the defendant Florida Department of Corrections orders from the Honorable Judge Mark E Walker from the Second Circuit Court in Leon County and in the Florida Northern District Court the honorable martin A Fitzpatrick is displayed as the honorable Judge . 42 U.S.C. 2000 e job discrimination (employment) Note: the client terminated the services of the Attorney Marie Mattox in June / July 2021 so the Attorney Marie Mattox since date of the verbal and written notification was expressed to cease all actions of Service. So the client voice have been suppressed since the Attorney Marie Mattox and Attorney Maire Mattox received the Notices of rights to sue on the client behalf unfortunately for the client regardless of many request for the attorney Mattox to give the notices to the client the client was ignore and activities were proceeded on these pleadings without the client/ plaintiff up to date. The Attorney has made it very difficult and impossible for the client plaintiff to locate find any of the Attorney Marie Mattox actions/ intent taken on the pleading which is unfair to the client in the worst crucial manner ever. The Attorney has allowed the client to be awaiting to be heard before the EEOC and FCHR and PERC. The Client is of a certain class believe that the attorney in the worst way have taken advantage of the client class before the client and court and the defendant and has displayed it to the world in the face of the client and also tied up accessibility of the case from the client as this

10/21/22, 5:50 PM	DAVIS v. FLORIDA DEPARTMENT OF CORRECTIONS 4:2022cv00006 | US District Court for the Northern District of Florida | J...

Case 4:22-cv-00420-MW-MJF   Document 1   Filed 11/08/22   Page 8 of 11

# DAVIS v. FLORIDA DEPARTMENT OF CORRECTIONS

| |
|---|
| SHEBA DAVIS |
| FLORIDA DEPARTMENT OF CORRECTIONS |
| 4:2022cv00006 |
| January 7, 2022 |
| US District Court for the Northern District of Florida |
| MARTIN A FITZPATRICK |
| MARK E WALKER |
| Civil Rights: Other |
| 42 U.S.C. § 2000 e Job Discrimination (Employment) |
| Plaintiff |

## Docket Report

RSS Track this Docket

This docket was last retrieved on February 23, 2022. A more recent docket listing may be available from PACER.

**Document Text**

10/21/22, 5:50 PM DAVIS v. FLORIDA DEPARTMENT OF CORRECTIONS 4:2022cv00006 | US District Court for the Northern District of Florida | J...

Case 4:22-cv-00420-MW-MJF Document 1 Filed 11/08/22 Page 9 of 11

## Document Text

**Filing 5** DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT. (Internal deadline for referral to judge if response not filed earlier: 2/3/2022). (Attachments: #1 Exhibit COMPLAINT) (THOMPSON, THOMAS) Modified to edit title on 1/21/2022 (rcb).

**Filing 4** INITIAL SCHEDULING ORDER. Fed.R.Civ.P. 7.1 Corporate Disclosure Statement Deadline set for 1/24 /2022. Rule 26 Meeting Report due by 2/23/2022. Discovery due by 5/10/2022. Status Report due by 2/10/2022. Signed by CHIEF JUDGE MARK E WALKER on 01/10/2022. (rcb)

**Filing 3** NOTICE of Appearance by MALLORY BENNETT BROWN on behalf of FLORIDA DEPARTMENT OF CORRECTIONS (BROWN, MALLORY)

**Filing 2** PETITION FOR REMOVAL by FLORIDA DEPARTMENT OF CORRECTIONS from Circuit Court in and for Leon County, Florida, case number 2021-CA-001818. ( Filing fee $ 402 receipt number AFLNDC-6615454.), filed by FLORIDA DEPARTMENT OF CORRECTIONS. (THOMPSON, THOMAS) Modified to edit title on 1/10/2022 (rcb).

**Filing 1** NOTICE FILING by FLORIDA DEPARTMENT OF CORRECTIONS (Attachments: #1 COMPLAINT, #2 SUMMONS ISSUED & RETURN OF SERVICE) (THOMPSON, THOMAS)

## Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.

Access this case on the Florida Northern District Court's Electronic Court Filings (ECF) System

- Search for Party Aliases
- Associated Cases
- Attorneys
- Case File Location

## Document Text

**Filing 12** ORDER GRANTING CONSENTED MOTION TO REMAND. Plaintiffs' motion, ECF No. #11 , is GRANTED. The Clerk shall take all necessary action to remand this case to the Circuit Court for the Second Judicial Circuit in and for Leon County, Florida. The Clerk shall terminate Defendant's pending motions to dismiss, ECF Nos. #7 and #10 . The Clerk shall close the file. Signed by CHIEF JUDGE MARK E WALKER on 02/23/2022. (rcb)**Copy of ECF #12 forwarded to Circuit Court for the Second Judicial Circuit in and for Leon County, Florida as directed**

**Filing 11** Consent MOTION to Remand to State Court by SHEBA DAVIS. (MATTOX, MARIE)

**Filing 10** DEFENDANT'S MOTION TO DISMISS PLAINTIFFS AMENDED COMPLAINT. (Internal deadline for referral to judge if response not filed earlier: 3/3/2022). (THOMPSON, THOMAS) Modified to edit title on 2/17/2022 (rcb).

ACTION REQUIRED BY DISTRICT JUDGE: Chambers of CHIEF JUDGE MARK E WALKER notified that action is needed Re: #4 Initial Scheduling Order, (rcb)**Status Report not filed by 2/10/2022**

**Filing 9** First AMENDED COMPLAINT against FLORIDA DEPARTMENT OF CORRECTIONS, filed by SHEBA DAVIS. (MATTOX, MARIE)

**Filing 8** ORDER DENYING #5 MOTION TO DISMISS AS MOOT. Inasmuch as Defendants have filed an amended motion to dismiss, ECF No. #7 , Defendant's first motion to dismiss, ECF No. #5 , is DENIED as moot Signed by CHIEF JUDGE MARK E WALKER on 01/24/2022. (rcb)

**Filing 7** Amended MOTION to Dismiss PLAINTIFF'S COMPLAINT by FLORIDA DEPARTMENT OF CORRECTIONS. (Internal deadline for referral to judge if response not filed earlier: 2/7/2022). (THOMPSON, THOMAS)

**Filing 6** Corporate Disclosure Statement/Certificate of Interested Persons by FLORIDA DEPARTMENT OF CORRECTIONS. (THOMPSON, THOMAS)

# VERIFIED RETURN OF SERVICE

Job # T215017

**Client Info:**
MARIE MATTOX, PA
MARIE MATTOX
203 NORTH GADSDEN STREET
Tallahassee, FL 32301

**Case Info:**

| PLAINTIFF: SHEBA DAVIS | CIRCUIT COURT |
|---|---|
| -versus- | County of Leon, Florida |
| DEFENDANT: FLORIDA DEPARTMENT OF CORRECTIONS | Court Case # 2021 CA 001818 |

**Service Info:**

Received by BRENNAN FOGARTY: on December, 8th 2021 at 10:47 AM
Service: I Served **FLORIDA DEPARTMENT OF CORRECTIONS C/O MARK S. INCH, SECRETARY**
With: **SUMMONS; COMPLAINT; UNIFORM ORDER FOR ACTIVE, DIFFERENTIAL CIVIL CASE MANAGEMENT**
by leaving with **Charles Martin, Assistant General Counsel**

At Business 501 SOUTH CALHOUN STREET TALLAHASSEE, FL 32399
Latitude: **30.438967**, Longitude: **-84.279396**

On **12/9/2021** at **01:50 PM**
Manner of Service: **GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

I **BRENNAN FOGARTY** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

**BRENNAN FOGARTY**
Lic # 230

**ACCURATE SERVE OF TALLAHASSEE**
400 CAPITAL CIRCLE SE STE 18291
Tallahassee, FL 32301
Phone: (850) 519-5494

Our Job # **T215017**




1 of 1